**EXHIBIT A**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

FILED
2016 DEC -7 PM 1:44
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| LEECO ENERGY & INVESTMENTS, INC. § | |
| § | |
| Plaintiff § | |
| § | |
| VS. § | Civil Action No. 7:16-CV-00306-RAJ |
| § | |
| LEXINGTON INSURANCE COMPANY, § | |
| § | |
| Defendants § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Plaintiff, Leeco Energy & Investments, Inc. ("Leeco") and Defendant Lexington Insurance Company ("Lexington") announced to the Court that they have settled the claims for relief asserted in the above-captioned action. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that all claims by Leeco against Lexington are dismissed, with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by the party incurring the same.

This is a final judgment.

SIGNED this 7th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

3